WILLIS E. LAPLANT, Respondent, v. CLARENCE G. LEWIS, Doing Business under the Assumed Name and Style of PERSONAL COLLECTION SERVICE BUREAU, and Another, Appellants.— Order so far as appealed from reversed on the law, without costs, and motion to dismiss third cause of action granted, without costs. All concur. (The part of order appealed from denies motion for dismissal of plaintiff's third cause of action in an action to recover damages by reason of sale of repossessed chattels, to recover payments under a wage assignment and to recover damages by reason of illegal wage assignment.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

GLEN P. DAVIS, as Executor, etc., of WILLIAM PIRNIE, Deceased, Plaintiff, v. WILLIAM E. COFFEY, Defendant.— Submitted controversy determined in favor of plaintiff, submitted question answered in the negative and judgment granted in favor of the plaintiff in accordance with the stipulation, without costs. All concur. (The submitted controversy is in the nature of an action to compel defendant to specifically perform a contract to purchase realty from plaintiff.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Application of HALTON D. BLY and JUDSON A. PARSONS, Respondents, for an Order against G. ROBERT WITMER, Supervisor, and Others, Comprising the Town Board of the Town of Webster, etc., Appellants.— Appeal dismissed, without costs, on the ground that the order is not appealable. (Civ. Prac. Act, § 1304.) All concur. (The order denies defendants' motion for a dismissal of the petition and orders a reference of a disputed fact on a motion for an order directing the town board to audit petitioner's claim for legal services and cross-motion for a dismissal of petition.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

CECELIA D. KELLY, Respondent, v. RAYMOND BLENDINGER, Appellant.— Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the finding that the defendant was negligent was contrary to and against the weight of the evidence. (*Higgins* v. *Mason,* 255 N. Y. 104; *Helton* v. *Prater's Adm'r.,* 272 Ky. 574; 114 S. W. [2d] 1120.) All concur, except Crosby, P. J., and Dowling, J., who dissent and vote for affirmance. (The judgment is for plaintiff in an action for damages arising out of the negligent condition of an automobile. The order denies defendant's motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ALTA MARTIN, an Infant, by FLOYD MARTIN, Her Guardian ad Litem, Respondent, v. JOHN BOLINSKI, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants plaintiff's motion for an order setting aside the verdict in favor of defendant and for a new trial in an automobile negligence action.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.